UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED HEALTHCARE INSURANCE
COMPANY,

    Plaintiff,

v.                                                                     4:13cv579-WS

S. W., a minor child, by and through his
natural parents, JAMES WACZEWSKI and
EVGENIA WACZEWSKI,

    Defendants.

_____

## ORDER DIRECTING ENTRY OF JUDGMENT

The plaintiff having filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i), it is ORDERED:

The clerk is directed to enter judgment of dismissal stating: "All claims are DISMISSED WITH PREJUDICE."

DONE AND ORDERED this   7th   day of   January  , 2014.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE